Fill in this information to identify the case:

Debtor name  SLB ESSEX FAMILY LIMITED PARTNERSHIP

United States Bankruptcy Court for the Southern District of New York750,&

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                                                12/15

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................................  $ 750,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ....................................................................  75,000

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................................  $825,000

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............................................   $3,894,419

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................................ $ _____0_____

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................................ + $ _____0_____

**4. Total liabilities**.................................................................................................................................... _$3,894,419_
Lines 2 + 3a + 3b

Official Form 206Sum    **Summary of Assets and Liabilities for Non-Individuals**    page 1