**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: S.L.B. Essex Family Limited Partnership        CASE NO.: 19–13576–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 11
37–1666076

---

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the Initial Case Conference scheduled for December 2, 2019 has been adjourned. The new hearing date is December 11, 2019 at 2:00 p.m.

Thank you

Dated: December 2, 2019                                        Vito Genna
                                                               Clerk of the Court