# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 12/2/2019 |
| Case: 19−13576−scc | Form ID: 143 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk        Cenlar FSB as servicer for CitiMortgage, Inc.
unk        CITIMORTGAGE INC

                                                                                                                                              TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
aty        Ashley Sparrow Miller        ashley.miller@akerman.com
aty        Gary Goldstein        gary@gagpa.com

                                                                                                                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         S.L.B. Essex Family Limited Partnership        330 W. 56th Street        Apartment 15G        New York, NY 10019        UNITED STATES
smg        Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg        N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201−0551
smg        New York City Dept. Of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora Cohn        Brooklyn, NY 11201−3719
smg        New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg        United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
7639144    Akerman LLP        666 Fifth Avenue, 20th Floor        New York, NY 10103
7644663    CITIMORTGAGE INC.        PO BOX 6030        SIOUX FALLS, SD 57117
7647399    INTERNAL REVENUE SERVICE        POST OFFICE BOX 7346        PHILADELPHIA, PA 19101

                                                                                                                                               TOTAL: 9