# EXHIBIT 3

# Exterior-Only Inspection Individual Condominium Unit Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address 160 Central Park South | Unit # 1101/1162 City NEW YORK | State NY Zip Code 10019 |
| Borrower SIDNEY BERGER | Owner of Public Record S.L.B. ESSEX FAMILY LIMITED PARTNERSHIP | County NEW YORK |

Legal Description 1011-1380
Assessor's Parcel No. 1010111380                    Tax Year 2017       R.E. Taxes $ 43,469
Project Name JW Marriott Essex House       Phase # 1    Map Reference       GPS       Census Tract 0137.00
Occupant [X] Owner [ ] Tenant [ ] Vacant       Special Assessments $ 0       HOA $ 3,770       [ ] per year [X] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Internal market value for client. This appraisal will not be used for loan origination.
Lender/Client Citibank       Address 6400 Las Colinas Blvd, Irving TX, 75039
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offerings price(s), and date(s). MLSI;TRULIA

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $       Date of Contract       Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 65 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 3,000 Low | 1 | Multi-Family | 10 % |
| Neighborhood Boundaries WEST 59TH STREET TO THE NORTH. WEST 42ND STREET TO THE SOUTH. HUDSON RIVER TO THE WEST. AND | | | | | | 7,300 High | 65 | Commercial | 20 % |
| 5TH AVENUE TO THE EAST | | | | | | 4,700 Pred. | 15 | Other | 0 % |

Neighborhood Description The subject property is conveniently located close to all major supporting amenities. No unfavorable factor were noted or observed that would effect the marketability of the subject property.

Market Conditions (including support for the above conclusions) Residential housing market is stable. Supply and demand are in balance with average marketing and exposure time of three to six months, this relates to homes which are realistically priced. This is verified through zillow.com and trulia.

**PROJECT SITE**

Topography Level       Size 41437 sf       Density 192       View B:Res;CtyStr
Specific Zoning Classification R10H       Zoning Description HIGH DENSITY RESIDENTIAL
Zoning Compliance [X] Legal [ ] Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? [ ] Yes [ ] No
[ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities Public Other (describe) | | | | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity [X] | | Water [X] | | Street Asphalt | [X] | |
| Gas [X] | | Sanitary Sewer [X] | | Alley None | [X] | |

FEMA Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone X FEMA Map # 0088 3604970073B FEMA Map Date 09/05/2007
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.
No apparent adverse easements, encroachments, or adverse conditions were noted or observed during the inspection of the subject property. Facing Central Park a positive External Influence.

**PROJECT INFORMATION**

Data source(s) for project information GEODATA, STREETEASY, AND TRULIA
Project Description [ ] Detached [ ] Row or Townhouse [ ] Garden [ ] Mid-Rise [X] High-Rise [ ] Other (describe) High rise

| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories 42 | Exterior Walls MASN/GD | # of Units 182 | # of Phases 1 | # of Planned Phases |
| # of Elevators 4 | Roof Surface RUBBERIZED/AVG | # of Units Completed 182 | # of Units 182 | # of Planned Units |
| [X] Existing [ ] Proposed | Total # Parking 0 | # of Units For Sale 20 | # of Units for Sale 20 | # of Units for Sale |
| [ ] Under Construction | Ratio (spaces/units) 0.00 | # of Units Sold 153 | # of Units Sold 153 | # of Units Sold |
| Year Built 1930 | Type | # of Units Rented 25 | # of Units Rented 25 | # of Units Rented |
| Effective Age 20 | Guest Parking 0 | # of Owner Occupied Units 108 | # of Owner Occupied Units 108 | # of Owner Occupied Units |

Project Primary Occupancy [X] Principal Residence [ ] Second Home or Recreational [ ] Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [X] No
Management Group - [ ] Homeowners' Association [ ] Developer [X] Management Agent - Provide name of management company. Owned by DIG EH HOTEL LLC

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? [X] Yes [ ] No If Yes, describe
NO CONDO QUESTIONNAIRE WAS PROVIDED TO THE APPRAISER, THEREFORE NO EXACT DATA IS AVAILABLE ON THE MATTER OTHER THAN WHAT IS CITED.

Was the project created by the conversion of an existing building(s) into a condominium? [ ] Yes [X] No If Yes, describe the original use and the date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? [X] Yes [ ] No If No, describe

Is there any commercial space in the project? [ ] Yes [X] No If Yes, describe and indicate the overall percentage of the commercial space.

UNIFORM RESIDENTIAL APPRAISAL REPORT   File No. 4227445   Case No.

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report

### PROJECT INFORMATION

Describe the condition of the project and quality of construction.   Project is of masonry construction in average condition. The effective age of the subject complex is 20 years out of an economic life of 60 years  With a remaining economic life of 40 years.

Describe the common elements and recreational facilities.   24 hour Doorman Gym Live-in Super Elevator Laundry in Building Storage Available  Laundry in Building

Are any common elements leased to or by the Homeowners' Association?   Yes  X  No  If Yes, describe the rental terms and options.

Is the project subject to ground rent?   Yes  X  No  If Yes, $          per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?  X  Yes          No  If No, describe and comment on the effect on value and marketability.

### PROJECT ANALYSIS

I      did  X  did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   No data was made available to the appraiser.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   Yes  X  No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears      High  X  Average      Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes  X  No  If Yes, describe and explain the effect on value and marketability.

### UNIT DESCRIPTION

Unit Charge $   3,770   per month X 12 = $   45,240   per year.  Annual assessment charge per year per square feet of gross living area = $   29

Utilities included in the unit monthly assessment    None  X  Heat    Air Conditioning    Electricity    Gas  X  Water  X  Sewer    Cable    Other

Source(s) Used for Physical Characteristics of Property  X  Appraisal Files    MLS  X  Assessment and Tax Records    Prior Inspection    Property Owner
Other (describe)                                                                            Data Source(s) for Gross Living Area  GEODATA, STREETEASY

| General Description | | Amenities | | Appliances | | Car Storage | |
|---|---|---|---|---|---|---|---|
| Floor #   11 | | Fireplace(s) #   0 | | X | Refrigerator | X | None |
| # of Levels  1 | | Woodstove(s) #  0 | | X | Range/Oven | | Garage | Covered | Open |
| Heating Type   HW   Fuel   Oil | | Deck/Patio  None | | | Disp  X  Microwave | | # of Cars  0 | |
| X  Central  AC    Individual AC | | Porch/Balcony  None | | X | Dishwasher | | Assigned | Owned |
| Other (describe) | | Other  None | | X | Washer/Dryer | | Parking Space #  0 | |

Finished area **above** grade contains:   4   Rooms   2   Bedrooms   2.1   Bath(s)   1,554   Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units  separately metered?  X  Yes          No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)  None

Describe the condition of the property (including apparent needed repairs, deterioration, renovations, remodeling, etc.).  C3;Subject property is of Masonry construction. The subject is in overall average (C3) condition.  No signs of deferred maintenance.
Exterior Observation Only.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   Yes  X  No  If Yes, describe
Subject property is considered to be in overall "average" condition based on exterior inspection and is structurally sound.  The appraiser is not a structural engineer, however there were no obvious signs of structural concerns.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  X  Yes          No  If No, describe

### PRIOR SALE HISTORY

I  X  did          did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did  X  did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  COMPS INC. / INSPECTION
My research    did  X  did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  COMPS INC. / INSPECTION
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/08/2007 | | | |
| Price of Prior Sale/Transfer | $10 | | | |
| Data Source(s) | GeoData/StreetEasy | GeoData/StreetEasy | GeoData/StreetEasy | GeoData/StreetEasy |
| Effective Date of Data Source(s) | 12/24/2017 | 12/24/2017 | 12/24/2017 | 12/24/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject appears to have been purchased through a NON-Arm's Length Transaction.

Comparable sales have not sold in the past 36 months other than the sales dates noted within the sale comparison analysis.  Selected comparables are similar both in design and utility and well support the subject's estimated market value.

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report

| There are | 80 | comparable properties currently offered for sale in the subject neighborhood condominium ranging in price from $ | 2,550,000 | to $ | 8,150,000 | . |

| There are | 68 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 3,000,000 | to $ | 7,300,000 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 160 Central Park South | 106 Central Park South | 1 Central Park South | 110 Central Park South |
| and Unit # | 1101/1162, NEW YORK, NY 10019 | 24D, NEW YORK, NY 10019 | 510, NEW YORK, NY 10019 | 20A, NEW YORK, NY 10019 |
| Project Name and | JW Marriott Essex House | Trump Parc | The Plaza | 110 Central Park South |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.10 miles SE | 0.27 miles E | 0.09 miles E |
| Sale Price | $ | $ 4,500,000 | $ 4,400,000 | $ 4,500,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 2,800.25 sq. ft. | $ 3,691.28 sq. ft. | $ 2,429.81 sq. ft. |
| Data Source(s) | | streeteasy#;DOM 387 | streeteasy#;DOM 365 | streeteasy#;DOM 85 |
| Verification Source(s) | | Redfin / Trulia | Redfin / Trulia | Redfin / Trulia |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s11/17;Unk | | s06/17;Unk | | s08/17;Unk | |
| Location | B;Res;Comm | B;Res;Comm | | B;Res;Comm | | B;Res;Comm | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 3,770 | 3,213 | 0 | 1,832 | 0 | 6,860 | 0 |
| Common Elements | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| and Rec. Facilities | FOR MARKET | FOR MARKET | | FOR MARKET | | FOR MARKET | |
| Floor Location | 11 | 24 | -65,000 | 5 | +30,000 | 20 | -45,000 |
| View | B;Res;CityStr | B;Res;CityStr | | B;Res;CityStr | | B;Res;CityStr | |
| Design (Style) | HR1L;High rise | HR1L;High rise | | HR1L;High rise | | HR1L;High rise | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 87 | 87 | | 87 | | 90 | 0 |
| Condition | C3 | C3 | | C2 | -250,000 | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 4 | 2 | 2.1 | 4 | 2 | 2.1 | 4 | 2 | 2.1 | 4 | 2 | 2.1 |
| Gross Living Area | 1,554 sq. ft. | 1,607 sq. ft. | -34,450 | 1,192 sq. ft. | +235,300 | 1,852 sq. ft. | -193,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Condo / Avg | Condo / Avg | | Condo / Avg | | Condo / Avg | |
| Heating/Cooling | HW/Central | HW/Central | | HW/Central | | HW/Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Porch/None,Patio,Deck/None | Porch/None,Patio,Deck/None | | Porch/None,Patio,Deck/None | | Porch/None,Patio,Deck/None | |
| Fireplaces | 0 | 0 | | 0 | | 0 | |
| | | | | | | | |
| Net Adjustment (Total) | | + X - | $ -99,450 | X + - | $ 15,300 | + X - | $ -238,700 |
| Adjusted Sale Price | | Net Adj: -2% | | Net Adj: 0% | | Net Adj: -5% | |
| of Comparables | | Gross Adj: 2% | $ 4,400,550 | Gross Adj: 12% | $ 4,415,300 | Gross Adj: 5% | $ 4,261,300 |

Summary of Sales Comparison Analysis.
GLA is adjusted at a price of $650 per square foot. Typical for this part of NYC NY.
Higher floors are superior to lower floors as they provide better views of the City. Adjustments capped off at $95,000
There is not enough suitable data to adjust for HOA or Maintenance fees.

Comparable # 1 is the best representative of subject true market value as it is most like the Subject as well as in balance for the subject market area.

Indicated Value by Sales Comparison Approach $    4,400,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated monthly Market Rent $ | X Gross Rent Multiplier | =$ | Indicated Value by Income Approach (optional) |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM).

Indicated Value by:    Sales Comparison Approach $    4,400,000    Income Approach (if developed) $

The market approach is traditionally the most accurate and best supported method of determining an opinion of value. The sales or market approach is the most appropriated method of
estimating the market value of 1 to 4 family dwellings, therefore, most emphasis is placed on it.

This appraisal is made  X  "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to
the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.

Based on a complete visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and
limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  4,400,000  as of  12/20/2017  , which is the date of the exterior and interior inspection and the effective date of this appraisal.

LARGE COMPLETE APPRAISALS
EXTRA COMPARABLES 4-5-6

File No.  4221445
Case No.

| | | |
|---|---|---|
| Borrower | SIDNEY BERGER | |
| Property Address | 160 Central Park South | |
| City NEW YORK | County NEW YORK | State NY   Zip Code 10019 |
| Lender/Client | Citibank   Address 6400 Las Colinas Blvd, IrvingTX, 75039 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 160 Central Park South | 106 Central Park South | | | | | |
| and Unit # | 1101/1162, NEW YORK, NY 10019 | 30E, NEW YORK, NY 10019 | | | | | |
| Project Name and | JW Marriott Essex House | Trump Parc | | | | | |
| Phase | 1 | 1 | | | | | |
| Proximity to Subject | | 0.10 miles SE | | | | | |
| Sale Price | $ | $ 4,900,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 3,196.35 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | streeteasy#;DOM 67 | | | | | |
| Verification Source(s) | | Redfin / Trulia | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | | | | |
| Concessions | | Conv;0 | | | | | |
| Date of Sale/Time | | s11/17;Unk | | | | | |
| Location | B;Res;Comm | B;Res;Comm | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| HOA Mo. Assessment | 3,770 | 2,826 | 0 | | | | |
| Common Elements | STANDARD | STANDARD | | | | | |
| and Rec. Facilities | FOR MARKET | FOR MARKET | | | | | |
| Floor Location | 11 | 30 | -95,000 | | | | |
| View | B;Res;CtyStr | B;Res;CtyStr | | | | | |
| Design (Style) | HR1L;High rise | HR1L;High rise | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 87 | 87 | | | | | |
| Condition | C3 | C2 | -250,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4 2 2.1 | 4 2 2.1 | | | | | |
| Gross Living Area | 1,554 sq. ft. | 1,533 sq. ft. | +13,650 | sq. ft. | | sq. ft. | |
| Basement & Finished | 0sf | 0sf | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Condo / Avg | Condo / Avg | | | | | |
| Heating/Cooling | HW/Central | HW/Central | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | None | None | | | | | |
| Porch/Patio/Deck | Porch/None,Patio,Deck/None | Porch/None,Patio,Deck/None | | | | | |
| Fireplaces | 0 | 0 | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | + X - | $ -331,350 | + - | $ | + - | $ |
| Adjusted Sale Price | | Net Adj: -7% | | Net Adj: 0% | | Net Adj: 0% | |
| of Comparables | | Gross Adj: 7%  $ 4,568,650 | | Gross Adj: 0%  $ | | Gross Adj: 0%  $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/08/2007 | | | |
| Price of Prior Sale/Transfer | $10 | | | |
| Data Source(s) | GeoData/StreetEasy | GeoData/StreetEasy | | |
| Effective Date of Data Source(s) | 12/24/2017 | 12/24/2017 | | |
| Summary of Sales Comparison Analysis. | | | | |

SALES COMPARISON ANALYSIS

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report**

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report**

### APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I have performed a visual inspection of the exterior areas of the subject property from at least the street. I have reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report**    File No. 484145    Case No.

LAPIS HOUSE APPRAISALS

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

### SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|---|
| Signature | | Signature |
| Name | Gustavo Ahumada | Name |
| Company Name | LAPIS HOUSE APPRAISALS | Company Name |
| Company Address | 20-55 43RD STREET | Company Address |
| | ASTORIA, NY 11105 | |
| Telephone Number | 917 403-4311 | Telephone Number |
| Email Address | lapishouseapp@aol.com | Email Address |
| Date of Signature and Report | 12/24/2017 | Date of Signature |
| Effective Date of Appraisal | 12/20/2017 | State Certification # |
| State Certification # | 45000044376 | or State License # |
| or State License # | | State |
| or Other (describe) | State # | Expiration Date of Certification or License |
| State | NY | |
| Expiration Date of Certification or License | 09/24/2018 | |

**ADDRESS OF PROPERTY APPRAISED**

160 Central Park South

1101/1162, NEW YORK, NY 10019

**SUBJECT PROPERTY**

☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

APPRAISED VALUE OF SUBJECT PROPERTY $    4,400,000

**LENDER/CLIENT**

| Name | RRReview |
|---|---|
| Company Name | Citibank |
| Company Address | 6400 Las Colinas Blvd |
| | IrvingTX, 75039 |
| Email Address | |

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

LOCATION MAP ADDENDUM

| | | | | | |
|---|---|---|---|---|---|
| Borrower | SIDNEY BERGER | | | | |
| Property Address | 160 Central Park South | | | | |
| City NEW YORK | County | NEW YORK | State | NY | Zip Code 10019 |
| Lender/Client Citibank | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | | |



Case No. 1521444

| Borrower | SIDNEY BERGER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | | |
| City | NEW YORK | County | | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | | | |

160 Central Park S - Google Maps

https://www.google.com/maps/place/160+Central+Park+S,+New+York...



imagery ©2017 Google, Map data ©2017 Google    50 ft

1 of 1

12/24/2017, 5:34 PM

File No.  1421444
Case No.

| Borrower | SIDNEY BERGER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | | |
| City | NEW YORK | County | | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address | 6400 Las Colinas Blvd, Irving TX,  75039 | | | | |

160 Central Park S - Google Maps

https://www.google.com/maps/place/160+Central+Park+S,+New+York...

Google Maps    160 Central Park S



imagery ©2017 Google, Map data ©2017 Google    200 ft

1 of 1

12/24/2017, 5:32 PM

**COMMENT ADDENDUM**

LAER HOUSE APPRAISALS

| | | | | | |
|---|---|---|---|---|---|
| | | | | File No. | 4221445 |
| | | | | Case No. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | SIDNEY BERGER | | | | | |
| Property Address | 160 Central Park South | | | | | |
| City  NEW YORK | | County | NEW YORK | State | NY | Zip Code  10019 |
| Lender/Client    Citibank | | | Address  6400 Las Colinas Blvd, IrvingTX, 75039 | | | |

The appraiser's comparable search ...

The parameters for the comparables search are as follows:

No more than 1/2  mile  radius

No more than 12  months from the effective date of the appraisal

GLA ranging from 1200 sq ft to 2200 sq ft

The comparables chosen were the best representatives for the subject property.

 It should be noted that i have never performed any valuation service of any kind for the subject property.

Comment on exposure time:

Typical exposure time for a property like the subject in this particular market is approximately 3 to 6 months.

Please note:

I have performed no (or the specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment

FIRREA Certification Statement:

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, and Enforcement (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification. Instructions:

The comparables chosen were the best sales available at the time of the inspection.

The subject property is located 5 miles from my office. This assignment requires geographic competency as required by USPAP. I have spent sufficient time in this market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and location involved.

Comment on Opinion of Value :

The opinion of value is in balance with the subject market area.

Comment on Fee

Appraiser Fee: $500.00     AMC Fee: $50.00

LABER HOUSE APPRAISALS
**COMMENTS ADDENDUM**

File No.    4221445
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower   SIDNEY BERGER | | | | | | |
| Property Address   160 Central Park South | | | | | | |
| City   NEW YORK | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client   Citibank | | Address  6400 Las Colinas Blvd, IrvingTX, 75039 | | | | |

## JW Marriott Essex House Description

The iconic Essex House, a timeless Art Deco Manhattan landmark was built in 1929 and is comprised today of 509 hotel units plus 185 privately owned serviced condominium residences. It was converted into the city's first condominium hotel by Marriott Corporation in 1974, it is once again under the Marriott flag as a JW Marriott property,

Many of the exquisitely refurbished and appointed residences, located between the 4th and 40th floors, afford stunning views of Central Park and the Manhattan skyline.

The Essex House is as beautiful and relevant as ever, appealing to the 21st century traveler. Residence owners are treated to an unparalleled living experience and receive a full compliment of hotel services provided either a-la-carte or as part of the monthly common charges.

Five-Star hotel services and amenities include 24 hour concierge, bell staff, private condominium reception, business center, gourmet restaurant, 24 hour room service, housekeeping upon request including linen service, catering and function rooms, valet dry cleaning service, fitness center and spa, residential management office, on-site full-service real estate sales and rental services.

## SUPPLEMENTAL REAL ESTATE OWNED APPRAISAL ADDENDUM

| Property Address | 160 Central Park South | City | NEW YORK | State | NY | Zip Code | 10019 |
|---|---|---|---|---|---|---|---|

Legal Description    1011-1380    County    NEW YORK

Is the subject property currently listed?    ☐ Yes    ☒ No    Current List Price:  $    Agent:

Listing Company/Address/Phone:

| ITEM | SUBJECT | LISTING#1 | LISTING#2 | LISTING#3 |
|---|---|---|---|---|
| Address | 160 Central Park South 1101/1162, NEW YORK, NY 10019 | 160 Central Park South 3101/3118, NEW YORK, NY 10019 | 106 Central Park South 211, NEW YORK, NY 10019 | 1 Central Park South PH2002, NEW YORK, NY 10019 |
| Proximity to Subj./Location | | 0.00 miles | 0.10 miles SE | 0.27 miles E |
| Original List Price | | 5,495,000 | 3,250,000 | 6,250,000 |
| Current List Price | | 5,495,000 | 3,250,000 | 5,950,000 |
| Last Price Revision Date | | 07/21/2017 | 11/08/2017 | 06/21/2017 |
| Days-on-Market | | 159 | 49 | 162 |
| Site/View | B;Res;CtyStr | B;Res;CtyStr | B;Res;CtyStr | B;Res;CtyStr |
| Design (Style) | HR1L;High rise | HR1L;High rise | HR1L;High rise | HR1L;High rise |
| Age | 87 | 87 | 87 | 87 |
| Condition | C3 | C2 | C3 | C2 |
| Above Grade Room Count | Tot: 4 B-rms: 2 Ba: 2.1 | Tot: 4 B-rms: 2 Ba: 2.1 | Tot: 4 B-rms: 2 Ba: 2.1 | Tot: 4 B-rms: 2 Ba: 2.1 |
| Approx. Gross Living Area | 1,554 sq.ft. | 1,250 sq.ft. | 1,235 sq.ft. | 1,582 sq.ft. |
| Basement Area | 0sf | 0sf | 0sf | 0sf |
| Car Storage | None | None | None | None |
| Other (special/financing concessions, amenities, etc.) | 0 | 0 | 0 | 0 |

Describe the value-related differences between the subject property and the competing listings (include financing, terms, condition, location, appeal, deferred maintenance utility, style, view, days-on-market, and other amenities). In addition, comment on supply and demand, marketing times, sales-to-list price ratios, REO and new construction activity, and other factors associated with, and/or influenced by, current listings in the subject neighborhood.

Comparables and Subject are similar and in the same active market.

Describe positive and negative factors that affect the marketability and value of properties in the subject subdivision, and specifically the subject property. Discuss current economic trends -- employment, increasing/decreasing property values, supply and demand, and/or seasonal marketing factors.

No negative factors noted. The subject market is very active and is stable or Increasing .

Provide an itemized list of repairs recommended to bring the property into marketable condition. Cost estimates should be based on reliable published cost sources and/or local cost resources. The appraiser is not an expert in the field of building construction and actual costs may vary from those provided. Repair costs and opinions reported herein are subject to future revision based on new repair estimates and evaluations by a licensed building contractor.

| REPAIR ITEM | ESTIMATED COST |
|---|---|
| None | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS | $ |

List any recommended inspections (code compliance, structural, environmental, etc.). Provide an explanation why the inspection is recommended, and comment on the effect on marketability and value. When no inspections are recommended, provide a statement to that effect.

Subject appears to be in Average + condition. Exterior Inspection Only

List of the days-on-the-market for the comparable sales used in the appraisal report: Comparable#1: ____ DOM; Comparable#2: ____ DOM; Comparable#3: ____ DOM
Comments:    The comparables chosen are good value representatives for the subject property

In addition to the "AS-IS" market value estimated on the attached report, which is based on a reasonable market exposure time determined by current market conditions and described in the Neighborhood Section of the report, the following value estimates for the subject are required. Note: The difference between the "AS-IS" and "AS-Repaired" value should approximate the market's reaction to the needed repairs, not necessarily the dollar-for dollar cost to place the subject in marketable condition.

"AS-IS" estimate of market value based on a reasonable market exposure time rendered in the attached appraisal report  –  –  –  –   $    4,400,000

"AS-REPAIRED" estimate of market value based on a reasonable market exposure time  –  –  –  –  –  –  $    4,400,000

"AS-IS" estimate of market value based on a client-imposed restricted market exposure time of    90    days (not to exceed 120 days) . . .  $    4,000,000

"AS-REPAIRED" estimate of market value based on a client-imposed restricted market exposure time of    90    days (not to exceed 120 days)  $    4,000,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature: | Signature: |
| Name: Gustavo Ahumada | Name: |
| Date Report Signed: 12/24/2017 | Date Report Signed: |
| State Certification#: 45000044376    State: NY | State Certification#:    State: |
| Or State License#: | Or State License#: |
| Expiration Date of Certificate or License: 09/24/2018 | Expiration Date of Certificate or License: |

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City  NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client  Citibank | | | Address  6400 Las Colinas Blvd, Irving TX, 75039 | | | | |



**Manhattan Property Report on 160 CENTRAL PARK SOUTH 1101**

This property has 1 active Lien.

Photograph from New York City Department of Finance
This property is a condominium unit. View the condominium complex. View a list of all units.

## Information on Unit  1101

### Unit Description

| | |
|---|---|
| Address | 160 CENTRAL PARK SOUTH 1101 |
| Neighborhood | Midtown |
| Zip code | 10019 |
| Block and Lot | 1011-1380 |
| Section Volume | 401 |
| APN | 1010111380 |
| Square Footage | 1224 |
| Condo Building | 11 |

### Ownership

S.L.B. ESSEX FAMILY LIMITED PARTNERSHIP
330 WEST 56TH STREET APT. 15G
NEW YORK NY 10019
Find Telephone Numbers for this Owner

1 Liens on most recent deed ▼

S.L.B. ESSEX FAMILY
LIMITED PARTNERSHIP
330 WEST 56TH STREET
APT. 15G
NEW YORK NY 10019

1 defendant on active liens ▼

### 2017 Taxes and Assessment

| | |
|---|---|
| Tax | $43,469 |
| Rate | 12.892 |
| Assessed Value | 659,200 |
| Land Value | 148,790 |
| Market Value | 1,464,889 |
| Tax Class | 2 |

View Tax and Assessment History on this Property

## Information on the Surrounding Area

### Location Info

Community District   105 – Flatiron,
Gramercy Park,
Midtown, Midtown
South, Murray Hill,
Times Square, Union
Square, Herald Square

Census   36061013700100
Census Tract   137
Census Block   1000

Additional Location Details ▼

### Flood Info

| | |
|---|---|
| Zone | X |
| Panel | 0088 |
| Panel Date | 9/5/2007 |
| FIPS | 36061 |
| Community | 360497 |

Maps

GeoData Map        NYC.Gov Map
Tax Map            Oasis Map
Zoning Map

### Zoning Info

C61 (HIGH DENSITY COMMERCIAL)
R10H (HIGH DENSITY RESIDENTIAL)
Zoning Map
Maximum Residential  10.00
FAR
Maximum Commercial  4.00
FAR

### Soundscore

| | |
|---|---|
| Businesses | Busy |
| Traffic | Busy |
| Airports | Calm |
| Overall Soundscore | 63 out of 100: Busy |

Soundscore powered by HowLoud

## Sales History

(Sales highlighted in yellow are potential flips; green are potential foreclosures)

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City  NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address  6400 Las Colinas Blvd, Irving TX,  75039 | | | | |



Manhattan Property Report on 160 CENTRAL PARK SOUTH

Photograph Courtesy of Real Plus

Floor Plan Courtesy of Real Plus

This is a Condominium Complex. Click Here to see a list of all units.

## Property Info

### Address and Legal ID

| | |
|---|---|
| Address | 160 CENTRAL PARK SOUTH |
| Neighborhood | Midtown |
| Zip code | 10019 |
| Telephone Numbers at this Address | |
| Block and Lot | 1011-7501 |
| Section Volume | 401 |
| APN | 1010117501 |

16 Alternate Addresses

### Building Info

Department of Building Overview
| | |
|---|---|
| Building Class | RM |
| Building Description | Condominiums: Mixed Residential & Commercial Building (Mixed Residential & Commercial) |
| Buildings | 1 |
| Floors | 42 |
| Building Dimensions | |
| Year Built | 1930 |
| NYC Square Footage | 497,529 |
| Calc Square Footage | 0 |

* Square Footage details
| | |
|---|---|
| Actual FAR | 12.01 |
| Total Units | 185 |
| Residential Units | 182 |
| Basement | Unknown |
| Proximity | Not Available |

### Soundscore

| | |
|---|---|
| Businesses | Busy |
| Traffic | Busy |
| Airports | Calm |
| Overall Soundscore | 63 out of 100: Busy |

Soundscore powered by HowLoud

### Ownership

DIG EH HOTEL LLC
160 CENTRAL PARK S
NEW YORK NY 10019-1502
Find Telephone Numbers for this Owner

### Lot Info

| | |
|---|---|
| Lot Dimensions | 206' X 211' |
| Acres | 0.95 |
| Lot Area | 41,437 |
| Lot Type | Inside |

### Flood Info

| | |
|---|---|
| Zone | X |
| Panel | 8080 |
| Panel Date | 9/5/2007 |
| FIPS | 36061 |
| Community | 360497 |

### Maps

GeoData Map      NYC.Gov Map
Tax Map          Oasis Map
Zoning Map

### Location Info

Community District
165 - Flatiron, Gramercy Park, Midtown, Midtown South, Murray Hill, Times Square, Union Square, Herald Square
| | |
|---|---|
| Census | 360610137001000 |
| Census Tract | 137 |
| Census Block | 1000 |

Additional Location Details »

### Zoning Info

C5-1 (HIGH DENSITY COMMERCIAL)
R10H (HIGH DENSITY RESIDENTIAL)
Zoning Map
| | |
|---|---|
| Max Res. FAR | 10.00 |
| Max Comm. FAR | 4.00 |

### 2017 Taxes and Assessment

| | |
|---|---|
| Tax | $0 |
| Rate | 12.892 |
| Assessed Value | 0 |
| Land Value | 0 |
| Market Value | 0 |
| Tax Class | 2 |

View Tax and Assessment History on this Property

### Most Recent Listing

| | |
|---|---|
| Status | ACTIVE |
| Beds | 2 |
| Baths | 2.0 |
| Rooms | 4.0 |
| SQFT | 1300 |

Listed on 5/19/2017 for $3,595,000
Doorman, prewar, pool
See Listing History and Details

## Telephone Numbers

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | | |

GeoData Direct - CMA Report Page                    https://www.geodatadirect.com/CMA/CMAPrintLetter.aspx

### Manhattan CMA Report

Print | Close

**Search Criteria:**

| Location | .5 Mile Radius |
|---|---|
| Sale Date: | 6/24/2017 - 12/21/2017 |
| Class | Condo Units |
| Square Feet 1,200 - 1,700 | Int/Square/Feet |

**Statistics:**

| High Sale Price | $7,300,000 |
|---|---|
| Average Sale Price | $4,703,750 |
| Low Sale Price | $2,000,000 |
| Median Sale Price | $4,702,358 |

**1004MC with sale date range of 12/22/2016 - 12/21/2017**

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current 3 Months | Total |
|---|---|---|---|---|
| Total # of Comparable Sales | 33 | 19 | 16 | 69 |
| Absorption Rate( # Comparables)/ 4 Months | 5.50 | 6.33 | 5.33 | 5.67 |
| Total # of Comparable Active Listings | | | 3 | 1 |
| Months of Housing Supply (Total Listings/Ab. Rate) | | | 0.56 | 0.56 |
| Median Comparable List Price | | | | |
| Median Sale Price as % of List Price | | | | |
| Median Comparable Sale Price | $6,725,000 | $2,760,000 | $2,400,000 | $2,437,500 |
| Total # of Comparable Sales w/o Foreclosures** | 0 | 19 | 15 | 65 |

* GeoData determines if a foreclosure on any property was held within 1.4 months of a a previous being filed upon it.

**Comparables:** (0)

| # | Photo | Dist | Legal | Address | Class | GLA | Sale Price | PPSFT | Sale Date | Rec Date | Parties |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S |  | 0.00 | Blk:1011 Lot:1380 | 160 CENTRAL PARK SOUTH 1101 Midtown 10019 | Condo R4 | 1,224 | | | | | |
| 1 | | 0.10 | Blk:1011 Lot:4422 | 106 CENTRAL PARK SOUTH 30E Midtown 10019 | Condo R4 | 1,553 | $4,900,000 | $3,155 | 10/23/2017 | 10/27/2017 | B: PAVIA LIVING TRUST S: WHITE DAEDALUS LLC |
| 2 | | 0.26 | Blk:1131 Lot:1418 | 31 CENTRAL PARK WEST 28C Upper West Side 10023 | Condo R4 | 1,591 | $7,300,000 | $4,588 | 10/10/2017 | 10/31/2017 | B: HANX NEW YORK CO. L S: CHENG LAURENCE |
| 3 | | 0.26 | Blk:1131 Lot:1239 | 31 CENTRAL PARK WEST 1200 Upper West Side 10023 | Condo RH | 1,340 | $3,850,000 | $2,873 | 09/14/2017 | 09/28/2017 | B: LS200 LLC S: STRATEGIC REALTY SERVICES IN |
| 4 | | 0.26 | Blk:1131 Lot:1448 | 31 CENTRAL PARK WEST 31F Upper West Side 10023 | Condo R4 | 1,291 | $3,125,000 | $2,421 | 07/10/2017 | 07/18/2017 | B: MARC I STERN AS TRU S: LUCIETTA ESTATES CORP |
| 5 | | 0.29 | Blk:1141 Lot:1327 | 15 CENTRAL PARK WEST 7M Upper West Side 10023 | Condo R4 | 1,540 | $6,250,000 | $4,058 | 10/25/2017 | 11/03/2017 | B: TMBK US PROPERTY LLC S: AMARGA LEE SHEILA-LYN |
| 6 | | 0.30 | Blk:1049 Lot:1117 | 25 COLUMBUS CIRCLE ST72E Upper West Side 10019 | Condo R4 | 1,433 | $5,200,000 | $3,629 | 07/07/2017 | 07/17/2017 | B: NY NEW RISING REALTY S: PARK DANA HOSUN |
| 7 | | 0.30 | Blk:1049 Lot:1100 | 25 COLUMBUS CIRCLE ST67E Upper West Side 10019 | Condo R4 | 1,433 | $5,000,000 | $3,489 | 08/03/2017 | 08/11/2017 | B: RIVERSHAN LLC S: COLUMBUS SKYLINE LLC |
| 8 | | 0.30 | Blk:1049 Lot:1023 | 25 COLUMBUS CIRCLE ST53E Upper West Side 10019 | Condo R4 | 1,433 | $4,337,500 | $3,027 | 09/14/2017 | 10/04/2017 | B: 25 COLUMBUS 53E LLC S: MKND NY PROPERTIES LLC |
| 9 | | 0.39 | Blk:1047 Lot:2500 | 322 W 57 ST 49U1 Hell's Kitchen 10019 | Condo R4 | 1,599 | $4,075,000 | $2,548 | 12/11/2017 | 12/19/2017 | B: RODIN PROPERTIES LLC S: OSS REAL ESTATE HOLDINGS LLC |
| 10 |  | 0.47 | Blk:1377 Lot:1021 | 26 E 63 ST 2A Upper East Side 10065 | Condo R4 | 1,336 | $3,000,000 | $2,246 | 09/07/2017 | 09/25/2017 | B: SOFLOSHA LLC S: 1996 MADISON TRUST |

GeoData Plus, LLC                 Phone:  516-663-0790              Prepared By:
105 Maxess Road, Suite 124        Fax:    516-663-0797             Gustavo Ahornada
Melville, NY 11747                Email:  support@geodataplus.com   Thursday, December 21, 2017

(c) 2009-2017 GeoData Plus, LLC assumes no liability for the data contained in this report.

1 of 1                                                                    12/21/2017, 10:26 AM

**Market Conditions Addendum to the Appraisal Report**

File No. 4221445    Case No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 160 Central Park South | City | NEW YORK | State | NY | ZIP Code | 10019 |
|---|---|---|---|---|---|---|---|
| Borrower | SIDNEY BERGER | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include that data in the analysis. If data sources provide all the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | | | |
|---|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 33 | 19 | 16 | X | Increasing | | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 5.50 | 6.33 | 5.33 | | Increasing | X | Stable | Declining |
| Total # of Comparable Active Listings | na | na | 80 | | Declining | X | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | 0.00 | 0.00 | 15.01 | | Declining | X | Stable | Increasing |

| Median Sales & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | | | |
|---|---|---|---|---|---|---|---|---|
| Median Comparable Sales Price | 2,125,000 | 2,760,000 | 3,900,000 | X | Increasing | | Stable | Declining |
| Median Comparable Sales Days on Market | na | na | 120 | | Declining | X | Stable | Increasing |
| Median Comparable List Price | na | na | 4,200,000 | | Increasing | X | Stable | Declining |
| Median Comparable Listings Days on Market | na | na | 120 | | Declining | X | Stable | Increasing |
| Median Sale Price as % of List Price | na | na | 98.00 | | Increasing | X | Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | Yes | X | No | | Declining | X | Stable | Increasing |

Explain in detail seller concessions trends for the past 12 months (e.g. seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs condo fees, options, etc.)
It should be noted that it is not common place in this part of New York to included a Seller's concession.

Are foreclosure sales (REO sales) a factor in the market?    Yes    X    No    If yes, explain (including the trends in listings and sales of foreclosed properties).
none noted

Cite data sources for above information.
GeoDataPlus was the data source used to complete the Market Conditions Addendum.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales, and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject market area appears to be stable. This is due to good location factors and lack of buildable lots.

It should be noted that the 1004MC deals in "Micro" market factors while the overall neighborhood ( considered a "Macro" market) reflected on the first page deals with market as a whole, which is stable.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:    JW Marriott Essex House

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | | | |
|---|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 15 | 12 | 5 | X | Increasing | | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 2.50 | 4.00 | 1.67 | | Increasing | X | Stable | Declining |
| Total # of Active Comparable Listings | na | na | 18 | | Declining | X | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | 0.00 | 0.00 | 10.78 | | Declining | X | Stable | Increasing |

Are foreclosures sales (REO sales) a factor in the project?    Yes    X    No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.
Project is stable. There were no recent verifiable sales like the subject within the project.

Summarize the above trends and address the impact on the subject unit and project.
Project is stable due to good location factors and lack of buildable lots.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name    Gustavo Ahumada | Supervisor Name |
| Company Name    LAPIS HOUSE  APPRAISALS | Company Name |
| Company Address    20-55 43RD STREET, ASTORIA, NY 11105 | Company Address |
| State License/Certification #    45000044376    State    NY | State License/Certification #    State |
| Email Address    lapishouseapp@aol.com | Email Address |

LAKS HOUSE APPRAISALS

## SUBJECT PHOTO ADDENDUM

File No. 4221445
Case No.

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client Citibank | | | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | | |



**FRONT OF
SUBJECT PROPERTY**
160 Central Park South
NEW YORK, NY 10019



**REAR OF
SUBJECT PROPERTY**
NO REAR SHOT
HIGHER PERSPECTIVE



**STREET SCENE**
FACING WEST

LAERS HOUSE  APPRAISALS

**SUBJECT PHOTO ADDENDUM**
Pg  20  of  28

File No.    4221445
Case No.

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City   NEW YORK | | County | | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | | Address | 6400 Las Colinas Blvd, Irving TX,  75039 | | |



VIEW FACING EAST



ADDRESS CONFIRMATION



SUBJECT OTHER
Front additional

LARS HOUSE APPRAISALS
COMPARABLES 1-3

File No.   4221445

Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | SIDNEY BERGER | | | | | |
| Property Address | 160 Central Park South | | | | | |
| City  NEW YORK | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | Address | 6400 Las Colinas Blvd, IrvingTX, 75039 | | | |



**COMPARABLE SALE #**    1
106 Central Park South
24D, NEW YORK, NY 10019



**COMPARABLE SALE #**    2
1 Central Park South
510, NEW YORK, NY 10019



**COMPARABLE SALE #**    3
110 Central Park South
20A, NEW YORK, NY 10019

LAHS HOUSE APPRAISALS
COMPARABLES 4-5-6

| | |
|---|---|
| | File No. 4221445 |
| | Case No. |

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client Citibank | | | Address 6400 Las Colinas Blvd, Irving TX, 75039 | | | | |



**COMPARABLE SALE #** 4

106 Central Park South
30E, NEW YORK, NY 10019

**COMPARABLE SALE #** 5

106 Central Park South
30E, NEW YORK, NY 10019

**COMPARABLE SALE #** 6

110 Central Park South
20A, NEW YORK, NY 10019

LAKE HOUSE APPRAISALS
LISTINGS 1-2-3

File No.    4221445
Case No.

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | |



**COMPARABLE LISTING #**  1

160 Central Park South
3101/3118, NEW YORK, NY 10019



**COMPARABLE LISTING #**  2

106 Central Park South
21I, NEW YORK, NY 10019



**COMPARABLE LISTING #**  3

1 Central Park South
PH2002, NEW YORK, NY 10019

UNIFORM APPRAISAL DATASET (UAD)
Property Condition and Quality Rating Definitions

File No.    4221445

Case No.

# Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized condition and quality ratings within the appraisal report.

## Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

**Note:**   *Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

**Note:** *The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note:**   *The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. It's estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note:**   *The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of  the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note:**   *Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note:**   *Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

UNIFORM APPRAISAL DATASET (UAD)
UNIFORM APPRAISAL DATASET (UAD)
Property Condition and Quality Rating Definitions

File No.    4221445
Case No.

---

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Requirements - Definitions of Not Updated, Updated and Remodeled

### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do *not* include significant alterations to the existing structure.

### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

UNIFORM APPRAISAL DATASET (UAD)
**Property Description Abbreviations Used in This Report**

File No. 4221445

Case No.

| Abbreviation | Full Name | May Appear in These Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City | NEW YORK | County | | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address | 6400 Las Colinas Blvd, Irving TX,  75039 | | | |



Client 421444
Case No.

| Borrower | SIDNEY BERGER | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 160 Central Park South | | | | | | |
| City NEW YORK | | County | NEW YORK | State | NY | Zip Code | 10019 |
| Lender/Client | Citibank | | Address | 6400 Las Colinas Blvd, Irving TX, 75039 | | | |



**GREAT**A**MERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

## DECLARATIONS
for
## REAL ESTATE APPRAISERS
## ERRORS & OMISSIONS INSURANCE POLICY

### THIS IS A CLAIMS MADE INSURANCE POLICY.

THIS POLICY APPLIES ONLY TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE NAMED INSURED DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD. THE POLICY PROVIDES NO COVERAGE FOR CLAIMS ARISING OUT OF ACTS OR OMISSIONS IN THE PERFORMANCE OF APPRAISAL SERVICES WHICH TOOK PLACE PRIOR TO THE RETROACTIVE DATE.

COVERAGE UNDER THE POLICY CEASES UPON TERMINATION OF THE POLICY, EXCEPT FOR AUTOMATIC EXTENDED REPORTING PERIOD COVERAGE, UNLESS THE NAMED INSURED PURCHASES OPTIONAL EXTENDED REPORTING COVERAGE. THE POLICY PROVIDES FOR AUTOMATIC EXTENDED REPORTING PERIOD COVERAGE OF 60 DAYS, OPTIONAL EXTENDED REPORTING PERIOD COVERAGE OF 1, 2 OR 3 YEARS AND OTHER EXTENDED REPORTING PERIODS MAY BE AVAILABLE FOR AN UNLIMITED DURATION OF TIME AFTER THE TERMINATION OF THE POLICY. IF THERE IS NO UNLIMITED EXTENDED REPORTING PERIOD, POTENTIAL COVERAGE GAPS MAY ARISE AT THE EXPIRATION OF ANY APPLICABLE EXTENDED REPORTING PERIOD.

DURING THE FIRST SEVERAL YEARS OF THE CLAIMS MADE RELATIONSHIP, CLAIMS-MADE RATES ARE COMPARATIVELY LOWER THAN OCCURRENCE RATES AND THE NAMED INSURED MAY EXPECT SUBSTANTIAL ANNUAL PREMIUM INCREASES, INDEPENDENT OF THE OVERALL RATE LEVEL INCREASES, UNTIL THE CLAIMS-MADE RELATIONSHIP REACHES MATURITY.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Insurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company.**

Policy Number:  **RAP4117006-17**          Renewal of:   **RAP4117006-16**

Program Administrator:    **Herbert H. Landy Insurance Agency Inc.**
**75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. **Named Insured: Gustavo Ahumada**

Item 2. **Mailing Address:**      **2055 43 Street**

City, State, Zip Code: **Astoria, NY 11105**

Item 3. **Policy Period:** From   **09/21/2017**         To   **09/21/2018**
                        (Month, Day, Year)      (Month, Day, Year)
            (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability** (inclusive of **Claim Expenses**):

A.  $  **1,000,000**        Limit of Liability – Each **Claim**

B.  $  **1,000,000**        Limit of Liability – Policy Aggregate

D42101 NY (07/13)                                                              Page 1 of 2