UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>    S.L.B. ESSEX FAMILY LIMITED PARTNERSHIP,<br><br>                                   DEBTOR. | CASE NO. 19-13576-scc<br><br>CHAPTER 11<br><br>**NOTICE OF FIRM CHANGE OF ADDRESS** |
|---|---|

To:   Clerk of the Court and All Parties of Record

**PLEASE TAKE NOTICE** that effective **July 1, 2020**, Akerman LLP, counsel for creditor CitiMortgage, Inc. and Cenlar FSB has a new address. All future reference to the firm should be to the address listed below, and a copy of all notices given or required to be given and all papers served or filed in connection with this case should be served upon counsel at the below address.

**NEW ADDRESS**:    **AKERMAN LLP**
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800

Dated: New York, New York
       July 1, 2020

                    **AKERMAN LLP**

              By:  /s/ Ashley S. Miller
                   Ashley S. Miller, Esq.
                   Jordan M. Smith, Esq.
                   520 Madison Avenue, 20th Floor
                   New York, NY 10022
                   (212) 880-3800
                   ashley.miller@akerman.com
                   jordan.smith@akerman.com
                   *Attorneys for CitiMortgage, Inc. and Cenlar FSB*

TO:   Gary Goldstein, Esq.
      1710 Lands End Rd
      Manalapan, FL 33462

1

Andrea B. Schwartz, Esq.
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014